UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-0607-JLK

**DOMINION VIDEO SATELLITE, INC.,**

    Plaintiff,

v.

**ECHOSTAR SATELLITE L.L.C.,**

    Defendant.

## ORDER ON DOMINION'S MOTION TO CONSOLIDATE AND FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION IN AID OF ARBITRATION

Kane, J.

Before me is Plaintiff Dominion Video Satellite, Inc.'s *Motion to Consolidate and for Hearing on Motion for Preliminary Injunction in Aid of Arbitration*. For the reasons set forth in the motion and supporting brief, it is hereby:

ORDERED that the Motion is GRANTED;

ORDERED that Civil Action No. 05-cv-1295–EWN-PAC, currently pending before Judge Edward Nottingham, is consolidated with this case; and

ORDERED that Dominion's *Motion for Preliminary Injunction in Aid of Arbitration*, filed in Case No. 1295, is set for hearing on Wednesday, July 20, 2005, at 9:30 a.m., in Courtroom A-802 in the Alfred A. Arraj U.S. District Courthouse, 901 19th St., Denver, Colorado.

IT IS FURTHER ORDERED that the temporary restraining order entered by Judge Nottingham on July 13, 2005 shall remain in full force and effect unless and until revised, vacated or superseded by me. The hearing on Plaintiff's Motion for Preliminary Injunction in Aid of Arbitration presently set before Judge Nottingham on Thursday, July 21, 2005, is hereby VACATED.

Dated July 14, 2005.

    s/ John L. Kane
Senior United States District Court Judge