UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos. 03-cv-0607-JLK and
05-cv-1295-JLK (consolidated)

**DOMINION VIDEO SATELLITE, INC.,**

    Plaintiff,

v.

**ECHOSTAR SATELLITE L.L.C.,**

    Defendant.

---

**ORDER APPROVING STIPULATED SETTLEMENT AND DISMISSAL OF MOTION FOR PRELIMINARY INJUNCTION, AND VACATING HEARING**

---

Before the Court is the parties' *Stipulated Settlement and Voluntary Dismissal of Motion for Preliminary Injunction*. Having reviewed the pleadings and the Settlement Agreement between the parties, and for good cause shown, it is hereby:

ORDERED that the parties' submitted settlement in Case No. 1295 is approved, and the terms of the settlement as set forth in Exhibit 1 to the *Stipulated Settlement* are hereby made an order of this Court; and it is further

ORDERED that Plaintiff Dominion Video Satellite, Inc.'s *Motion for Preliminary Injunction in Aid of Arbitration*, filed on July 12, 2005, is dismissed as moot; and it is further

ORDERED that the hearing for Dominion's *Motion for Preliminary Injunction in Aid of Arbitration*, currently set for July 20, 2005 at 9:30 a.m., is vacated.

Dated: July 20, 2005

                                          BY THE COURT:
                                          S/**John L. Kane**
                                          Senior Judge, United States District Court