UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-0607-JLK

**DOMINION VIDEO SATELLITE, INC.,**

Plaintiff,

v.

**ECHOSTAR SATELLITE L.L.C. f/k/a
ECHOSTAR SATELLITE CORP.,**

Defendant.

---

## ORDER ON CONSENT MOTION TO HOLD IN ABEYANCE RULING ON MOTION TO CONFIRM SUPPLEMENTAL ARBITRATION AWARD AND MOTION TO VACATE SUPPLEMENTAL ARBITRATION AWARD

---

Before the Court is a Consent *Motion to Hold In Abeyance Ruling On Motion To Confirm Supplemental Arbitration Award And Motion To Vacate Supplemental Arbitration Award*, filed jointly by Plaintiff Dominion Video Satellite, Inc. and Defendant EchoStar Satellite L.L.C. f/k/a EchoStar Satellite Corp.  For the reasons set forth in the motion, it is hereby:

ORDERED that EchoStar's Motion to Vacate Supplemental Arbitration Award and Dominion's Motion to Confirm Supplemental Arbitration Award are to be held in abeyance pending a ruling by the Tenth Circuit in Case No. 04-1465.

Dated  August 15, 2005          **s/John L. Kane**

JOHN L. KANE

U.S. SENIOR DISTRICT COURT JUDGE