UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-0607-JLK

**DOMINION VIDEO SATELLITE, INC.,**

    Plaintiff,

v.

**ECHOSTAR SATELLITE L.L.C.,**

    Defendant.

_____

## MINUTE ORDER
_____

Kane, J.

The parties' cross-motions to vacate and to confirm the Supplemental Arbitration Award in this case were held in abeyance on the parties' stipulation pending ruling by the Tenth Circuit on appeal. In light of the Tenth Circuit's ruling on appeal and the Mandate issued December 29, 2005, Dominion Video's Motion to Confirm Supplemental Arbitration Award (Doc. 145) is GRANTED, and Echostar's Motion to Vacate (Doc. 138) is DENIED.

_____

Dated January 12, 2006.